**UNITED STATES of America,
Appellee,**

v.

**Julian CASTANEDA, Appellant.**

No. 04–4107.

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 2, 2005.

Decided Sept. 23, 2005.

Elizabeth C.L. Peterson, Minneapolis, MN, for Appellee.

Julian Castaneda, Sandstone, MN, pro se.

Arthur Ray Martinez, Minneapolis, MN, for Appellant.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Julian Castaneda appeals the sentence the district court imposed after Castaneda was convicted of drug charges. Citing *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), Castaneda argues for the first time the district court committed error in sentencing him under a mandatory Guidelines scheme. We conclude the *Booker* error is plain, and given the court's comments at sentencing while choosing a sentence at the bottom of the Guidelines range, Castaneda has shown a reasonable probability he would have received a lesser sentence under advisory Guidelines. *See United States v. Pirani,* 406 F.3d 543, 550–53 (8th Cir.2005) (en banc), *petition for cert. filed,*

(U.S. July 27, 2005) (No. 05–5547). Accordingly, we remand for resentencing.